```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DEBIA ROBINSON INGRAM, et al.,                             :
                                                           :
                              Plaintiffs,                  :
                                                           :
              -against-                                    :
                                                           :
MERRICK GARLAND, et al.,                                   :
                                                           :
                              Defendants.                  :
                                                           :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021

21-CV-4593 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on May 21, 2021.  (Doc. 1.)  On June 28, 2021, Plaintiffs filed an affidavit of service indicating that Defendants were served by mail on June 25, 2021.  (Doc. 6.)  To date, Defendants have not responded to the complaint.  Accordingly, if Plaintiffs intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 15, 2021.  If Plaintiffs fail to do so or otherwise demonstrate that they to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 2, 2021
              New York, New York

                                                _____
                                                VERNON S. BRODERICK
                                                United States District Judge